# Court of Appeals
# of the State of Georgia

ATLANTA,  December 04, 2017

*The Court of Appeals hereby passes the following order:*

**A18A0716.  MONTY MCALLISTER v. THE STATE.**

This Court granted Monty McAllister's application for discretionary appeal from a trial court's order denying his motion for return of property and motion in conversion.  See *McAllister v. State*, Case No. A17D0349 (decided March 30, 2017). The order directed that the appellant file a notice of appeal within 10 days of the date of the order. See OCGA § 5-6-35 (j).  McAllister filed his notice of appeal on April 11, 2017, twelve days after the entry of the order.

The timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *White v. White*, 188 Ga. App. 556, 556 (373 SE2d 824) (1988). Because McAllister failed to file a notice of appeal within 10 days of our order granting the discretionary application, the notice of appeal is untimely. Accordingly, this appeal is DISMISSED for lack of jurisdiction. See OCGA § 5-6-48 (b) (1); *Barnes v. Justis*, 223 Ga. App. 671, 671- 672 (478 SE2d 402) (1996).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  12/04/2017*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*